UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE CLARK,

    Plaintiff,

v.                                          Case No.  8:05-cv-710-T-30TBM

RESTORATION CONSULTANTS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Voluntary Dismissal Without Prejudice (Dkt. #29).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on October 4, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-710.dismissal.wpd